IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Molina,<br><br>               Petitioner,<br><br>v.<br><br>Avondale, City of et al,<br><br>               Respondent. | No.<br>CV-20-00359-PHX-DJH--DMF<br><br>**NOTICE OF ASSIGNMENT** |

    On February 18, 2020 Attorney Michael S Wawro filed a Complaint for Plaintiff Jorge Molina which has been assigned the case number listed above. This case has been assigned to District Court Judge Diane J Humetewa and has been referred to Magistrate Judge Deborah M Fine and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

       DATED this 18th day of February 2020.

                                    *s/Debra D. Lucas*
                                    Debra D. Lucas
                                    Acting District Court Executive/Clerk

cc: Plaintiff