1   THE PEOPLE'S LAW FIRM, PLC
    Stephen D. Benedetto (Ariz. Bar No. 022349)
2   Heather Hamel (Ariz. Bar No. 031734)
    645 North 4th Avenue, Suite A
3   Phoenix, Arizona  85003
    Telephone:  (602) 456-1901
4   Facsimile:   (602) 801-2834
    admin@the-plf.com
5
    *Attorneys for Plaintiff Jorge Molina*
6

7             IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ARIZONA

9    Jorge Molina,                          Case No. 2:20-cv-00359-DJH-DMF

10                    Plaintiff,            **MOTION TO REMAND FOR LACK
                                            OF JURISDICTION**
11   v.

12   City of Avondale, et al.;

13                    Defendants.

14

15          Pursuant to 28 U.S.C. § 1447(c), Plaintiff Jorge Molina ("Plaintiff"), through

16   undersigned counsel, hereby requests that this matter be remanded to the Maricopa County

17   Superior Court because this Court has no jurisdiction.  Plaintiff's complaint does not raise

18   a federal question under 28 U.S.C. § 1331, and there is no diversity of citizenship under 28

19   U.S.C. § 1332.  As a matter of law, therefore, this matter must be remanded to the Maricopa

20   County Superior Court.

21          DATED this 21st day of February, 2020.

22                                          THE PEOPLE'S LAW FIRM, PLC
                                            645 North 4th Avenue, Suite A
23                                          Phoenix, Arizona  85003

24
                                            By: /s/ Stephen D. Benedetto
25                                              Stephen D. Benedetto
                                                Heather Hamel
26
                                            *Attorneys for Plaintiff Jorge Molina*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

Michael Wawro, Esq.
City of Avondale
11465 Civic Center Drive
Avondale, Arizona  85323
mwawro@avondaleaz.gov

*Attorneys for Defendants*

By:  /s/ D. Michael Benedetto
    *An employee of The People's Law Firm*